■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v XAVIER SANTOS, Appellant. [738 NYS2d 213] —Judgment, Supreme Court, New York County (Colleen McMahon, J.), rendered September 12, 1997, convicting defendant, upon his plea of guilty, of attempted burglary in the second degree, and sentencing him, as a persistent violent felony offender, to a term of 12 years to life, unanimously affirmed.

Defendant's constitutional challenge to the procedure under which he was sentenced as a persistent violent felony offender is unpreserved for appellate review and, in any event, is without merit (*see, People v Rosen*, 96 NY2d 329, *cert denied* — US —, 122 S Ct 224). Concur—Williams, J.P., Mazzarelli, Andrias, Lerner and Marlow, JJ.